**UNITED STATES DISTRICT COURT FOR**
**THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| MARK MILLER, MICHELE GANGNES, SCOTT COPELAND, LAURA PALMER, TOM KLEVEN, ANDY PRIOR, AMERICA'S PARTY OF TEXAS, CONSTITUTION PARTY OF TEXAS, GREEN PARTY OF TEXAS and LIBERTARIAN PARTY OF TEXAS, | )))))))))<br><br> |
| *Plaintiffs*, | ))) |
| v. | )     Civil No. 1:19-cv-00700-RP |
| JOHN OR JANE DOE, in his or her official capacity as the Secretary of State of the State of Texas, and JOSE A. "JOE" ESPARZA, in his official capacity as the Deputy Secretary of State of the State of Texas, | )))))) |
| *Defendants*. | ))) |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF**
**<u>CONSTITUTION PARTY OF TEXAS</u>**

      Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Plaintiffs hereby certifies that Plaintiff Constitution Party of Texas is a 501(c)(3) corporation, that it has no parent corporation, and that no publicly held corporation holds 10% or more of its stock.

Dated: September 9, 2019

Respectfully submitted,

David P. Whittlesey
State Bar No. 00791920
**SHEARMAN & STERLING LLP**
111 Congress Avenue, Suite 1700
Austin, TX 78701
Email: david.whittlesey@shearman.com
Tel: +1 (512) 647-1900
Fax: +1 (512) 647-1899

Oliver Hall
*Pro hac vice*
Center for Competitive Democracy
P.O. Box 21090
Washington, DC, 20009
Email: oliverhall@competitivedemocracy.org
Tel: +1 (202) 248-9294

Christopher Ryan
*Pro hac vice*
Michael P. Mitchell
*Pro hac vice*
Anna Stockamore
*Pro hac vice*
**SHEARMAN & STERLING LLP**
401 9th St. N.W., Suite 800
Washington, D.C. 20004
Email: cryan@shearman.com
        michael.mitchell@shearman.com
        anna.stockamore@shearman.com
Tel: +1 (202) 508-8000
Fax: +1 (202) 508-8001

***Attorneys for Plaintiffs***

2