UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

|  |  |  |
|---|---|---|
| MARK MILLER, MICHELE GANGNES, SCOTT COPELAND, LAURA PALMER, TOM KLEVEN, ANDY PRIOR, AMERICA'S PARTY OF TEXAS, CONSTITUTION PARTY OF TEXAS, GREEN PARTY OF TEXAS and LIBERTARIAN PARTY OF TEXAS,<br><br>   *Plaintiffs*,<br><br>     v.<br><br>RUTH R. HUGHS, in her official capacity as the Secretary of State of the State of Texas,[1] and JOSE A. "JOE" ESPARZA, in his official capacity as the Deputy Secretary of State of the State of Texas,<br><br>   *Defendants*. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil No. 1:19-cv-00700-RP |

**NOTICE OF PROPOSED SCHEDULING ORDER**

Pursuant to Local Court Rule CV-16, Plaintiffs Mark Miller, Michele Gangnes, Scott Copeland, Laura Palmer, Tom Kleven, Andy Prior, America's Party of Texas, Constitution Party of Texas, Green Party of Texas, and Libertarian Party of Texas (collectively, the "**Plaintiffs**") and Ruth R. Hughs, Secretary of State of Texas, and Jose A. Esparza, Deputy Secretary of State of Texas (together, the "**Defendants**") respectfully submit a Proposed Scheduling Order, attached as

---

[1] When this case was filed, the Office of Secretary of State of Texas was vacant. Since that time, Ruth R. Hughs was sworn in as Secretary of State of Texas. *See* FED. R. CIV. P. 25(d), "[a]n action does not abate when a public officer who is a party in an official capacity dies, resigns, or otherwise ceases to hold office while the action is pending. The officer's successor is automatically substituted as a party."

Exhibit A.   This Proposed Scheduling Order is based on Judge Pitman's Proposed Scheduling

Order on the Court's website with certain modifications.

Dated: October 7, 2019                          Respectfully submitted,


/s/ Anne Marie Mackin                           David P. Whittlesey
Anne Marie Mackin                               State Bar No. 00791920
Texas Bar No. 24078898                          **SHEARMAN & STERLING LLP**
Assistant Attorney General                      111 Congress Avenue, Suite 1700
P.O. Box 12548, Capitol                          Austin, TX 78701
Station                                          david.whittlesey@shearman.com
Austin, Texas 78711-2548                          Tel: +1 (512) 647-1900
(512) 463-2798 | FAX: (512)                     Fax: +1 (512) 647-1899
320-0667
anna.mackin@oag.texas.gov                       Christopher Ryan (*Pro hac vice*)
                                                Michael P. Mitchell (*Pro hac vice*)
                                                Anna Stockamore (*Pro hac vice*)
**Attorney for Defendants**                     **SHEARMAN & STERLING LLP**
                                                401 9th St. N.W., Suite 800
                                                Washington, D.C. 20004
                                                cryan@shearman.com
                                                michael.mitchell@shearman.com
                                                anna.stockamore@shearman.com
                                                Tel: +1 (202) 508-8000
                                                Fax: +1 (202) 508-8001

                                                Oliver Hall (*Pro hac vice*)
                                                Center for Competitive Democracy
                                                P.O. Box 21090
                                                Washington, DC, 20009
                                                Email:
                                                oliverhall@competitivedemocracy.org
                                                Tel: +1 (202) 248-9294

                                                **Attorneys for Plaintiffs**

## **CERTIFICATE OF SERVICE**

I certify that on October 7, 2019, this document was filed electronically via the Court's

CM/ECF system, causing electronic service upon all counsel of record.

David P. Whittlesey

# Exhibit A

**UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

————————————————————————————— )
MARK MILLER, MICHELE GANGNES, )
SCOTT COPELAND, LAURA PALMER, )
TOM KLEVEN, ANDY PRIOR, )
AMERICA'S PARTY OF TEXAS, )
CONSTITUTION PARTY OF TEXAS, )
GREEN PARTY OF TEXAS and )
LIBERTARIAN PARTY OF TEXAS, )
 )
*Plaintiffs*, )
 )
v. )          Civil No. 1:19-cv-00700-RP
 )
JOHN OR JANE DOE, in his or her official capacity as the )
Secretary of State of the State of Texas, and )
JOSE A. "JOE" ESPARZA, in his official capacity as the )
Deputy Secretary of State of the State of Texas, )
 )
*Defendants*. )
————————————————————————————— )

**[PROPOSED] SCHEDULING ORDER**

Pursuant to Federal Rule of Civil Procedure 16, the following Scheduling Order is issued

by the Court:

1.      A report on alternative dispute resolution in compliance with Local Rule CV-88 shall be

filed on or before **November 15, 2019**.

2.      The parties asserting claims for relief shall submit a written offer of settlement to

opposing parties on or before **November 15, 2019**, and each opposing party shall

respond, in writing, on or before **30 days** following the receipt of such written offer.  All

offers of settlement are to be private, not filed. The parties are ordered to retain the

1

written offers of settlement and responses so the Court may use them in assessing attorney's fees and costs at the conclusion of the trial.

3. Each party shall complete and file the "Notice Concerning Reference to United States Magistrate Judge" on or before **October 7, 2019**.

4. The parties shall file all motions to amend or supplement pleadings or to join additional parties on or before **March 16, 2020**.

5. All parties asserting claims for relief shall file their designation of testifying experts and serve on all parties, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) on or before **May 1, 2020**. Parties resisting claims for relief shall also file their designation of testifying experts and serve on all parties, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) on or before **June 1, 2020**. All parties shall file all designations of rebuttal experts and serve on all parties the material required by Federal Rule of Civil Procedure 26(a)(2)(B) for such rebuttal experts, to the extent not already served, **30 days** from the receipt of the report of the opposing expert.

6. An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, **within 11 days** from the receipt of the written report of the expert's proposed testimony, or within 11 days from the completion of the expert's deposition, if a deposition is taken, whichever is later.  Prior to the deadline, either party may file a motion with the Court to request additional time to submit an objection.

7. The parties shall complete all discovery on or before **July 24, 2020**.

8. All dispositive motions shall be filed on or before **August 24, 2020** and shall be limited to 20 pages. Responses shall be filed and served on all other parties not later than **14 days**

after the service of the motion and shall be limited to 20 pages. Any replies shall be filed

and served on all other parties not later than **7 days** after the service of the response and

shall be limited to 10 pages, but the Court need not wait for the reply before ruling on the

motion.  Prior to August 24, 2020, either party may file a motion with the Court to request

extensions of time and/or page limitations.

9.      The Court will set this case for final pretrial conference at a later time. The final pretrial

conference shall be attended by at least one of the attorneys who will conduct the trial for

each of the parties and by any unrepresented parties. The parties should consult Local

Rule CV-16(e) regarding matters to be filed in advance of the final pretrial conference.

10.     This case is set for _____ trial commencing at 9:00 a.m. on

_____, 20_____.

By filing an agreed motion, the parties may request that this Court extend any deadline

set in this Order, with the exception of the dispositive motions deadline and the trial date.

The Court may impose sanctions under Federal Rule of Civil Procedure 16(f) if the

parties do not make timely submissions under this Order.


SIGNED on _____, 20_____.


_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE


3