IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MARK MILLER, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 1:19-CV-700-RP |
| RUTH R. HUGHS, *in her official capacity as Secretary of State of Texas*, and JOSE A. ESPARZA, *in his official capacity as Deputy Secretary of State of Texas*, | § § § § § § | |
| Defendants. | § § | |

## **ORDER**

The Court directs the parties in this action, or counsel acting on their behalf, to appear for a preliminary injunction hearing on **Thursday, October 31, 2019, at 9:00 AM** in the United States Courthouse, Courtroom #4, Fifth Floor, 501 West 5th Street, Austin, Texas.

Plaintiffs filed their Motion for Preliminary Injunction on October 10, 2019. Per Local Rule CV-7, Defendants' responsive brief is due **October 17, 2019**. The deadline for Plaintiffs' reply brief, should they choose to file one, is **October 24, 2019**.

**SIGNED** on October 15, 2019.

*[signature]*

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE