# UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| MARK MILLER, MICHELE GANGNES, SCOTT COPELAND, LAURA PALMER, TOM KLEVEN, ANDY PRIOR, AMERICA'S PARTY OF TEXAS, CONSTITUTION PARTY OF TEXAS, GREEN PARTY OF TEXAS and LIBERTARIAN PARTY OF TEXAS, <br><br> *Plaintiffs*, <br><br> v. <br><br> RUTH R. HUGHS, in her official capacity as the Secretary of State of the State of Texas, and JOSE A. "JOE" ESPARZA, in his official capacity as the Deputy Secretary of State of the State of Texas, <br><br> *Defendants*. | Civil No. 1:19-cv-00700-RP |

## ORDER GRANTING MOTION TO CONTINUE DISPOSITIVE MOTION DEADLINE AND ADOPTING AMENDED SCHEDULING ORDER

Having considered the parties' joint motion to continue dispositive motion deadline and adopt an agreed amended scheduling order, the Court concludes that said motion is meritorious and should be GRANTED.

Therefore, pursuant to Federal Rule of Civil Procedure 16 and the Court's Second Amended Emergency Order in Light of the COVID-19 Pandemic, the following Amended Scheduling Order is issued by the Court:

1. A report on alternative dispute resolution in compliance with Local Rule CV-88 shall be filed on or before **November 15, 2019**.

2. The parties asserting claims for relief shall submit a written offer of settlement to opposing parties on or before **November 15, 2019**, and each opposing party shall respond, in writing, on or before **30 days** following the receipt of such written offer. All offers of settlement are to be private, not filed. The parties are ordered to retain the written offers of settlement and responses so the Court may use them in assessing attorney's fees and costs at the conclusion of the trial.

3. Each party shall complete and file the "Notice Concerning Reference to United States Magistrate Judge" on or before **October 7, 2019**.

4. The parties shall file all motions to amend or supplement pleadings or to join additional parties on or before **March 16, 2020**.

5. All parties asserting claims for relief shall file their designation of testifying experts and serve on all parties, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) on or before **October 28, 2020**. Parties resisting claims for relief shall also file their designation of testifying experts and serve on all parties, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) on or before **November 30, 2020**. All parties shall file all designations of rebuttal experts and serve on all parties the material required by Federal Rule of Civil Procedure 26(a)(2)(B) for such rebuttal experts, to the extent not already served, **30 days** from the receipt of the report of the opposing expert.

6. An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, **within 11 days** from the receipt of the written report of the expert's proposed testimony, or within 11 days from the completion of the expert's deposition, if a deposition is taken, whichever is later. Prior to the deadline, either party may file a motion with the Court to request additional time to submit an objection.

7. The parties shall complete all discovery on or before **January 31, 2021**.

8. All dispositive motions shall be filed on or before **March 2, 2021** and shall be limited to 20 pages. Responses shall be filed and served on all other parties not later than **14 days** after the service of the motion and shall be limited to 20 pages. Any replies shall be filed and served on all other parties not later than **7 days** after the service of the response and shall be limited to 10 pages, but the Court need not wait for the reply before ruling on the motion. Prior to December 2, 2020, either party may file a motion with the Court to request extensions of time and/or page limitations.

9. The Court will set this case for final pretrial conference at a later time. The final pretrial conference shall be attended by at least one of the attorneys who will conduct the trial for each of the parties and by any unrepresented parties. The parties should consult Local Rule CV-16(e) regarding matters to be filed in advance of the final pretrial conference.

10. The case is set for a bench trial to begin at 9:00am on July 12, 2021.

By filing an agreed motion, the parties may request that this Court extend any deadline set in this Order, with the exception of the dispositive motions deadline and the trial date. The Court may impose sanctions under Federal Rule of Civil Procedure 16(f) if the parties do not make timely submissions under this Order.

SIGNED on _____July 20_____, 20 20 .

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE