UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MARK MILLER, MICHELE GANGNES, SCOTT COPELAND, LAURA PALMER, TOM KLEVEN, ANDY PRIOR, AMERICA'S PARTY OF TEXAS, CONSTITUTION PARTY OF TEXAS, GREEN PARTY OF TEXAS and LIBERTARIAN PARTY OF TEXAS, *Plaintiffs*, v. RUTH R. HUGHS, in her official capacity as the Secretary of State of the State of Texas, and JOSE A. "JOE" ESPARZA, in his official capacity as the Deputy Secretary of State of the State of Texas, *Defendants*. | Civil No. 1:19-cv-00700-RP |

## PLAINTIFFS' DESIGNATION OF EXPERTS

Pursuant to the Court's scheduling order (Dkt. 43) and Federal Rule of Civil Procedure 26(a)(2)(B), Plaintiffs Mark Miller, Michele Gangnes, Scott Copeland, Laura Palmer, Tom Kleven, Andy Prior, America's Party of Texas, Constitution Party of Texas, Constitution Party of Texas, Green Party of Texas, and Libertarian Party of Texas ("Plaintiffs") hereby designate the following testifying experts:

1. Lee Drutman
   2811 Woodley Road NW
   Washington, DC 20008
   202-306-5345
   ldrutman@gmail.com

2. Richard Winger
   P.O. Box 470296
   San Francisco, CA 94147
   415-922-9779
   richardwinger@yahoo.com

Mr. Drutman and Mr. Winger will provide testimony regarding Plaintiffs' assertions that Texas's ballot access statutory scheme is far more restrictive than necessary to protect Texas's legitimate regulatory interests. Mr. Drutman's and Mr. Winger's opinions are set forth in reports that will be served upon all parties, but not filed, on January 26, 2021.

Dated: January 26, 2021

Respectfully submitted,

David P. Whittlesey
State Bar No. 00791920
**SHEARMAN & STERLING LLP**
111 Congress Avenue, Suite 1700
Austin, TX 78701
Email: david.whittlesey@shearman.com
Tel: +1 (512) 647-1900
Fax: +1 (512) 647-1899

Christopher Ryan
*Pro hac vice*
Michael P. Mitchell
*Pro hac vice*
Anna Stockamore
*Pro hac vice*
**SHEARMAN & STERLING LLP**
401 9th St. N.W., Suite 800
Washington, D.C. 20004
Email: cryan@shearman.com
　　　michael.mitchell@shearman.com
　　　anna.stockamore@shearman.com
Tel: +1 (202) 508-8000
Fax: +1 (202) 508-8001

/s/Oliver B. Hall
Oliver Hall
*Pro hac vice*
**CENTER FOR COMPETITIVE DEMOCRACY**
P.O. Box 21090
Washington, DC, 20009
Email: oliverhall@competitivedemocracy.org
Tel: +1 (202) 248-9294

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 26, 2021, this document was filed electronically via the Court's CM/ECF system, causing electronic service upon all counsel of record.

      /s/Oliver B. Hall
      Oliver B. Hall