UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

|  |  |  |
|---|---|---|
| MARK MILLER, MICHELE GANGNES, SCOTT COPELAND, LAURA PALMER, TOM KLEVEN, ANDY PRIOR, AMERICA'S PARTY OF TEXAS, CONSTITUTION PARTY OF TEXAS, GREEN PARTY OF TEXAS and LIBERTARIAN PARTY OF TEXAS,<br><br>*Plaintiffs*,<br><br>v.<br><br>RUTH R. HUGHS, in her official capacity as the Secretary of State of the State of Texas, and JOSE A. "JOE" ESPARZA, in his official capacity as the Deputy Secretary of State of the State of Texas,<br><br>*Defendants*. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil No. 1:19-cv-00700-RP |

## ORDER

Before the Court is the parties Joint Motion for Extension of Certain Discovery Deadlines, filed June 15, 2021. Finding good cause, the Motion is hereby GRANTED.

Accordingly, the parties shall complete all discovery on or before July 30, 2021. The deadline to file motions to exclude expert testimony is July 16, 2021. The dispositive motion deadline is August 31, 2021. Responses to dispositive motions shall be filed and served on all other parties not later than 21 days after the service of the motion. Any replies shall be filed and served on all other parties not later than 14 days after the service of the motion. All other

scheduling deadlines as set forth in the Court's Scheduling Order entered on April 12, 2021 remain unchanged.

SIGNED on _____June 17_____, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE