# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| Mark Miller, Michele Gangnes, Scott Copeland, Laura Palmer, Tom Kleven, Andy Prior, America's Party of Texas, Constitution Party of Texas, Green Party of Texas, Libertarian Party of Texas | § § § § § | CIVIL NO: AU:19-CV-00700-RP |

vs.

John or Jane Doe, Jose A. Esparza

## ORDER RESETTING BENCH TRIAL

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **BENCH TRIAL** in Courtroom 4, on the Fifth Floor, United States Courthouse, 501 West Fifth Street, Austin, TX, on **Monday, May 02, 2022 at 09:00 AM**.

IT IS SO ORDERED this 8th day of December, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE