# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| MARK MILLER, SCOTT COPELAND, LAURA PALMER, TOM KLEVEN, ANDY PRIOR, AMERICA'S PARTY OF TEXAS, CONSTITUTION PARTY OF TEXAS, GREEN PARTY OF TEXAS, and LIBERTARIAN PARTY OF TEXAS, <br> *Plaintiffs*, <br><br> v. <br><br> JOHN B. SCOTT, in his or her official capacity as the Secretary of State of Texas, and JOSE A. "JOE" ESPARZA, in his official capacity as the Deputy Secretary of State of the State of Texas, <br> *Defendants*. | §§§§§§§§§§§§§§§§§ | No. 1:19-cv-00700-RP |

## JOINT REQUEST FOR STATUS CONFERENCE

Defendants John B. Scott in his official capacity as Secretary of State of Texas and Jose A. "Joe" Esparza in his official capacity as Deputy Secretary of State of Texas (collectively, "Defendants"), and Plaintiffs, Mark Miller, Scott Copeland, Laura Palmer, Tom Kleven, Andy Prior, America's Party of Texas ("APTX"), the Constitution Party of Texas ("CPTX"), the Green Party of Texas ("GPTX"), and the Libertarian Party of Texas ("LPTX") (collectively, "Plaintiffs") file this Joint Request for Status Conference. In support thereof, the parties respectfully submit the following:

1

The parties respectfully request a short conference to discuss the status of this case. The Parties have fully briefed cross-summary judgment motions, and have resolved evidentiary disputes related thereto. The Parties await the Court's ruling on those motions.

This case was previously set for bench trial on January 18, 2022. Dkt. 48. On December 8, 2021, the Court reset trial for May 2, 2022. Dkt. 86.

On April 5, 2022, the Court held a status conference with counsel regarding trial. Dkt. 93. The Parties and Court discussed the pending cross motions for summary judgment, and noted the case is set for bench trial. The Parties urged the Court to consider that its ruling on the pending dispositive motions will either obviate trial, or expose evidentiary gaps where questions of fact preclude summary judgment. The Court agreed a ruling on the summary judgment motions in advance of trial was merited, and reset trial for July 18, 2022. Dkt. 95.

With trial now approximately six weeks away, the Parties request a short status conference with the Court to discuss expectations for keeping the current trial date; whether issues for trial may be narrowed by a summary judgment ruling; and other preparations attendant to trial.

## CONCLUSION

In light of the foregoing, the parties respectfully request that the Court grant the Joint Request for Status Conference.

Dated: June 6, 2022

Respectfully submitted,

<div style="display: flex;">

<div>

*/s/ Ryan G. Kercher*
Ryan G. Kercher
Texas Bar No. 24060998
Will Wassdorf
Texas Bar No. 24103022
Assistant Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Tel: (512) 463-2120
Fax: (512) 320-0667
Ryan.Kercher@oag.texas.gov
Will.Wassdorf@oag.texas.gov

**Attorneys for Defendants**

</div>

<div>

*/s/Oliver B. Hall*
Oliver Hall (Pro hac vice)
CENTER FOR COMPETITIVE
DEMOCRACY
P.O. Box 21090
Washington, DC, 20009
oliverhall@competitivedemocracy.org
Tel: +1 (202) 248-9294

David P. Whittlesey
Texas Bar No. 00791920
Jacob Fields
Texas Bar No. 24115134
SHEARMAN & STERLING LLP
300 West 6th Street, Suite 2250
Austin, Texas 78701
david.whittlesey@shearman.com
Jacob.fields@shearman.com
Tel: +1 (512) 647-1900

Christopher Ryan (Pro hac vice )
Michael P. Mitchell (Pro hac vice)
Anna Stockamore (Pro hac vice)
SHEARMAN & STERLING LLP
401 9th St. N.W., Suite 800
Washington, D.C. 20004
cryan@shearman.com
michael.mitchell@shearman.com
anna.stockamore@shearman.com
Tel: +1 (202) 508-8000

**Attorneys for Plaintiffs**

</div>

</div>

**CERTIFICATE OF SERVICE**

I certify that that on June 6, 2022 this document was filed electronically via the Court's CM/ECF system, causing electronic service upon all counsel of record.

*/s/ Ryan G. Kercher*
RYAN G. KERCHER
Assistant Attorney General