UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Mark Miller, Michele Gangnes, Scott | § | |
| Copeland, Laura Palmer, Tom Kleven, Andy | § | CIVIL NO: |
| Prior, America's Party of Texas, Constitution | § | AU:19-CV-00700-RP |
| Party of Texas, Green Party of Texas, | § | |
| Libertarian Party of Texas | § | |

vs.

John or Jane Doe, Jose A. Esparza

## ORDER RESETTING BENCH TRIAL

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **BENCH TRIAL** in Courtroom 4, on the Fifth Floor, United States Courthouse, 501 West Fifth Street, Austin, TX, on **Monday, October 03, 2022 at 09:00 AM**.

IT IS SO ORDERED this 23rd day of June, 2022.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE