IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MARK MILLER, SCOTT COPELAND LAURA PALMER, TOM KLEVEN ANDY PRIOR, AMERICA'S PARTY OF TEXAS, CONSTITUTION PARTY OF TEXAS, GREEN PARTY OF TEXAS And LIBERTARIAN PARTY OF TEXAS, <br><br> *Plaintiffs*, <br><br> v. <br><br> RUTH R. HUGHS, in her official capacity as Secretary of State of Texas, and JOSE A. "JOE" ESPARZA, in his official Capacity as Deputy Secretary of State of Texas, <br><br> *Defendants*. | No. 1:19-cv-00700-RP |

**UNOPPOSED MOTION FOR WITHDRAWAL OF JACOB FIELDS
AS COUNSEL OF RECORD FOR PLAINTIFFS**

Plaintiffs Mark Miller, Scott Copeland, Laura Palmer, Andy Prior, America's Party of Texas, Constitution Party of Texas, Green Party of Texas and Libertarian Party of Texas ("PLAINTIFFS") submit this Unopposed Motion for Withdrawal of Jacob Fields as Counsel of Record for Mark Miller, Scott Copeland, Laura Palmer, Andy Prior, America's Party of Texas, Constitution Party of Texas, Green Party of Texas and Libertarian Party of Texas in the above-referenced matter.

Mr. Fields has left the firm of Shearman & Sterling LLP. Other counsel of record from the law firm of Shearman & Sterling LLP and Center for Competitive Democracy will continue to represent PLAINTIFFS in this matter.

Mr. Fields' withdrawal will not cause any prejudice or delay in this case and PLAINTIFFS' other counsel of record are active in their representation and will not require any additional time to review or acclimate to the absence of Mr. Fields.

Opposing counsel has been notified of this matter and does not oppose the withdrawal of Mr. Fields

WHEREFORE, PLAINTIFFS requests that this Unopposed Motion for Withdrawal be granted and that Jacob Fields be removed from all service lists and no longer receive electronic notices in this case as set forth in attached Proposed Order.

| | |
|---|---|
| Dated: March 10, 2023 | Respectfully submitted, |
| David P. Whittlesey<br>State Bar No. 00791920<br>**SHEARMAN & STERLING LLP**<br>111 Congress Avenue, Suite 1700<br>Austin, TX 78701<br>Email: david.whittlesey@shearman.com<br>Tel: +1 (512) 647-1900<br>Fax: +1 (512) 647-1899<br>Christopher Ryan<br>*Pro hac vice*<br>Michael P. Mitchell<br>*Pro hac vice*<br>Anna Stockamore<br>*Pro hac vice*<br>**SHEARMAN & STERLING LLP**<br>401 9th St. N.W., Suite 800<br>Washington, D.C. 20004<br>Email: cryan@shearman.com<br>         michael.mitchell@shearman.com<br>         anna.stockamore@shearman.com<br>Tel: +1 (202) 508-8000<br>Fax: +1 (202) 508-8001 | /s/Oliver B. Hall<br>Oliver Hall<br>*Pro hac vice*<br>**CENTER FOR COMPETITIVE DEMOCRACY**<br>P.O. Box 21090<br>Washington, DC, 20009<br>Email: oliverhall@competitivedemocracy.org<br>Tel: +1 (202) 248-9294<br><br><br><br><br><br><br><br><br><br>***Attorneys for Plaintiffs*** |

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for Plaintiff emailed with counsel for Defendants regarding the relief requested in this motion. Counsel for both Defendants confirmed they were unopposed to this motion.

_____
David P. Whittlesey

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 10, 2023, the foregoing was served on all counsel of record in compliance with the Federal Rules of Civil Procedure.

_____
David P. Whittlesey

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| MARK MILLER, SCOTT COPELAND<br>LAURA PALMER, ANDY PRIOR<br>AMERICA'S PARTY OF TEXAS,<br>CONSTITUTION PARTY OF TEXAS,<br>GREEN PARTY OF TEXAS and<br>LIBERTARIAN PARTY OF TEXAS,<br><br>*Plaintiffs*,<br><br>v.<br><br>RUTH R. HUGHS, in her official capacity<br>as Secretary of State of Texas, and<br>JOSE A. "JOE" ESPARZA, in his official<br>Capacity as Deputy Secretary of State of<br>Texas,<br><br>*Defendants*. | No. 1:19-cv-00700-RP |

## ORDER GRANTING MOTION FOR WITHDRAWAL OF JACOB FIELDS AS COUNSEL OF RECORD FOR PLAINTIFFS

The Court, having considered Plaintiffs Mark Miller, Scott Copeland, Laura Palmer, Andy Prior, America's Party of Texas, Constitution Party of Texas, Green Party of Texas and Libertarian Party of Texas' Motion for Withdrawal of Jacob Fields as Counsel of Record for Plaintiffs, and all other documents and arguments relating to the motion, hereby ORDERS that the motion is granted.

It is therefore ordered that Jacob Fields is withdrawn as counsel of record for Plaintiffs Mark Miller, Scott Copeland, Laura Palmer, Andy Prior, America's Party of Texas, Constitution Party of Texas, Green Party of Texas and Libertarian Party of Texas and electronic notifications to Mr. Fields are to be terminated.

IT IS SO ORDERED.

SIGNED this ___ day of _____, 2023.

                                                                 _____
ROBERT PITMAN
U.S. DISTRICT JUDGE