## UNITED STATES DISTRICT COURT FOR
## THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| MARK MILLER, SCOTT COPELAND, LAURA PALMER, TOM KLEVEN, ANDY PRIOR, AMERICA'S PARTY OF TEXAS, CONSTITUTION PARTY OF TEXAS, GREEN PARTY OF TEXAS and LIBERTARIAN PARTY OF TEXAS, <br><br> *Plaintiffs*, <br><br> v. <br><br> JANE NELSON, in her official capacity as the Secretary of State of the State of Texas, and JOSE A. "JOE" ESPARZA, in his official capacity as the Deputy Secretary of State of the State of Texas, <br><br> *Defendants*. | Civil No. 1:19-cv-00700-RP |

### PLAINTIFFS' NOTICE OF CROSS-APPEAL

Plaintiffs Mark Miller, Scott Copeland, Laura Palmer, Tom Kleven, Andy Prior, America's Party of Texas, Constitution Party of Texas, Green Party of Texas, and Libertarian Party of Texas appeal to the United States Court of Appeals for the Fifth Circuit from the Court's October 4, 2022 Amended Order (ECF No. 102), which granted in part and denied in part Plaintiffs' Motion for Summary Judgment (ECF No. 58), and from the Court's Permanent Injunction and Declaratory Judgment (ECF No. 106) and Order (ECF No. 107), both entered on June 26, 2023.

Dated: August 5, 2023                    Respectfully submitted,

/s/Oliver B. Hall
Oliver B. Hall
*Pro hac vice*
**CENTER FOR COMPETITIVE DEMOCRACY**
P.O. Box 21090
Washington, DC, 20009
Email: oliverhall@competitivedemocracy.org
Tel: +1 (202) 248-9294

David P. Whittlesey
State Bar No. 00791920
**SHEARMAN & STERLING LLP**
300 West 6th Street, Suite 2250
Austin, TX 78701
Email: david.whittlesey@shearman.com
Tel: +1 (512) 647-1900
Fax: +1 (512) 647-1899

Christopher Ryan (Pro hac vice)
Michael P. Mitchell (Pro hac vice)
Anna Stockamore (Pro hac vice)
**SHEARMAN & STERLING LLP**
401 9th St. N.W., Suite 800
Washington, D.C. 20004
Email: cryan@shearman.com
            michael.mitchell@shearman.com
            anna.stockamore@shearman.com
Tel: +1 (202) 508-8000
Fax: +1 (202) 508-8001

***Attorneys for Plaintiffs***

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 5, 2023, this document was filed electronically via the

Court's CM/ECF system, causing electronic service upon all counsel of record.


/s/Oliver B. Hall
Oliver B. Hall