# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
September 10, 2024
Lyle W. Cayce
Clerk

No. 23-50537

---

Mark Miller; Scott Copeland; Laura Palmer; Tom Kleven; Andy Prior; America's Party of Texas, *also known as* APTX; Constitution Party of Texas, *also known as* CPTX; Green Party of Texas, *also known as* GPTX; Libertarian Party of Texas, *also known as* LPTX,

　　　　　　　　　　　　　　　*Plaintiffs—Appellees/Cross-Appellants*,

*versus*

Jane Nelson, *in her official capacity as the Secretary of State of the State of Texas*; Jose A. Esparza, *in his official capacity as the Deputy Secretary of the State of Texas*,

　　　　　　　　　　　　　　　*Defendants—Appellants/Cross-Appellees*.

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:19-CV-700

---

Before Wiener, Elrod, and Wilson, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED IN PART and REVERSED IN PART, and the cause is REMANDED to the District Court for further proceedings in accordance with the opinion of this Court.

IT IS FURTHER ORDERED that Each party bear its own costs on appeal to be taxed by the Clerk of this Court.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.



**Certified as a true copy and issued as the mandate on Oct 02, 2024**

**Attest:** *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**