IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MARK MILLER, *et al.*, | § § § § § § § § § § § § § | |
| Plaintiffs, | | |
| v. | | 1:19-CV-700-RP |
| JANE NELSON, *in her official capacity as the Secretary of State of the State of Texas,* and JOSE A. ESPARZA, *in his official capacity as the Deputy Secretary of the State of Texas*, | | |
| Defendants. | | |

## AMENDED FINAL JUDGMENT

On appeal, the Fifth Circuit affirmed in part and reversed in part, rendered, and remanded. (Dkt. 113-1). In light of the Fifth Circuit's opinion and judgment, the Court issues this amended final judgment. Scott Copeland, Laura Palmer, Tom Kleven, Andy Prior, America's Party of Texas, Constitution Party of Texas, Green Party of Texas, and Libertarian Party of Texas's (collectively, "Plaintiffs") filed this lawsuit against Defendants Jane Nelson, in her official capacity as the Secretary of State of the State of Texas, and Jose A. Esparza, in his official capacity as the Deputy Secretary of the State of Texas's (the "Defendants"), challenging provisions of the Texas Election Code. Because those provisions have not been found to violate the Constitution, Plaintiffs' claims are **DISMISSED**. As nothing remains to resolve, the Court renders final judgment pursuant to Federal Rule of Civil Procedure 58. **IT IS FURTHER ORDERED** that each party bear its own fees and costs. **IT IS FINALLY ORDERED** that this case is **CLOSED**.

**SIGNED** on November 27, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE