# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

March 24, 2025

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

U.S. COURT OF APPEALS
RECEIVED
MAR 24 2025
FIFTH CIRCUIT

Re: Mark Miller, et al.
v. Jane Nelson, Texas Secretary of State, et al.
No. 24-854
(Your No. 23-50537)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

Scott S. Harris, Clerk